# In the United States District Court for the Southern District of Georgia Waycross Division

| | | |
|---|---|---|
| HUBERTO ESPINDOLA-SOTO, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:18-cv-42 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS; UNKNOWN OFFICER ONE; and UNKNOWN OFFICER TWO, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's July 16, 2018 Report and Recommendation, dkt. no. 5, to which Plaintiff did not file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims against Defendant Tracy Johns for failure to state a claim under 42 U.S.C. § 1983. However, in the interest of justice, the Court **TRANSFERS** Plaintiff's claims against Defendants Unknown Officers One and Two and his Motion for Leave to Proceed *in Forma Pauperis* to the United States District Court for the Richmond Division of the Eastern District of Virginia. The Court **DIRECTS** the Clerk of

Court to transfer all pleadings docketed in this Civil Action Number, including this Order, to the Richmond Division of the Eastern District of Virginia.

**SO ORDERED**, this \_\_\_20\_\_\_ day of \_\_\_August\_\_\_, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)